UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE PETITION OF PINEWOOD TECHNOLOGIES ASIA PACIFIC LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 24-cv-60119-WPD |

## NOTICE OF NINETY DAYS EXPIRING

Petitioner Pinewood Technologies Asia Pacific Limited ("PTAP"), by and through its undersigned counsel, respectfully files this Notice of Ninety Days Expiring pursuant to Rule 7.1(b)(4)(B) of the Local Rules for the U.S. District Court for the Southern District of Florida.

Respondent William Berman's Motion to Quash and Motion for a Protective Order (the "Motions") have been pending for 95 days. Respondent filed his Motions on April 23, 2024. *See* ECF Nos. 21 and 22. Petitioner filed responses in opposition and supporting documents on May 7, 2024. ECF Nos. 25–27. Respondent filed his reply brief on May 14, 2024. ECF No. 28. On May 31, 2024, the Court held a hearing on the Motions. ECF No. 35.

Dated: September 3, 2024

Respectfully submitted,

SEQUOR LAW, P.A.
Tara J. Plochocki, Esq
650 Massachusetts Avenue, N.W., Suite 600
Washington, D.C. 20001
Telephone: (202)900-8740 ext. 311
tplochocki@sequorlaw.com

Joseph B. Rome, Esq.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
jrome@sequorlaw.com
Telephone: (305) 372-8282

By: */s/ Joseph B. Rome*
    Joseph B. Rome, Esq.
    Florida Bar No. 122768

                                    Tara J. Plochocki, Esq.
                                    *Pro hac vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2024, a true and correct copy of the foregoing was filed using the CM/ECF system with the Clerk of the Court, which sent e-mail notification of such to all CM/ECF participants in this case.

                                    */s/ Joseph B. Rome*
                                  Joseph B. Rome, Esq.

SEQUOR LAW, P.A.